**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DERRICK WOODBERRY (#355771)

VERSUS

WALTER JARRELL, ET AL.

CIVIL ACTION

25-883-SDD-SDJ

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated August 26, 2026, to which an *Objection*[2] *and Superseding Objections*[3] were filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that all of Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted, except for the following claims: (1) Plaintiff's claim regarding his conditions of confinement in the observation cell asserted against Defendants Donnie Bordelon, Jason Linzy, Brandy Landry, and Walter Jarrell; and (2) Plaintiff's retaliation claim regarding the false Rule 21C disciplinary charge, which resulted in his placement in segregation for 73 days, asserted against Defendants Walter Jarrell, Jason Linzy, Brandy Landry, Lt. Col. Kleinpeter, Luke Rheams, Donald Johnson, Jason Russ, Willie Verrett, Stephanie Gaines, Edward Bickham, and Stephen Coody.

[1] Rec. Doc. 21.
[2] Rec. Doc. 22.
[3] Rec. Doc. 23.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on this 25th day of September, 2026.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**